UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLEE PHALEN,<br><br>  Plaintiff,<br><br>  v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>  Defendants. | 1:25-cv-00521-EPG (PC)<br><br>ORDER TO SUBMIT A COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>(ECF No. 2) |

Plaintiff is a confined at the Tuolumne County Jail and proceeds *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff sues the Tuolumne County Jail, Tuolumne County DA, Tuolumne County, and Tuolumne County Superior Court, alleging violations of various Federal Constitutional provisions and criminal statutes.

Plaintiff has not paid the $405 filing fee, and the application Plaintiff submitted to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 has not been fully completed. (ECF No. 2). Notably, the certification regarding Plaintiff's account fund balance has not been properly completed. It indicates that Plaintiff has $0 in funds but is not dated nor signed by any authorized officer at Plaintiff's institution of confinement.[1]

---

[1] Plaintiff has written a statement, generally asserting that Plaintiff has the right to proceed *in forma pauperis,* with an arrow pointing to the certification section. While unclear, if Plaintiff has filled out any part of the certification section, Plaintiff is advised that this section is only to be completed by an authorized officer at Plaintiff's institution of confinement.

1

Accordingly, IT IS ORDERED that:

Within forty-five days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, fully completed, including the certification of Plaintiff's funds being filled out, dated, and signed <u>by an authorized officer</u> at Plaintiff's institution of confinement. In the alternative, Plaintiff may pay the $405 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  **May 7, 2025**                                    /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE

2