UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLEE PHALEN,<br><br>             Plaintiff,<br><br>      v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>             Defendants. | 1:25-cv-00521-EPG (PC)<br><br>ORDER REQUESTING RESPONSE FROM TUOLUMNE COUNTY JAIL<br><br>(ECF Nos. 2, 9) |

     Plaintiff is a confined at the Tuolumne County Jail and proceeds *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff sues the Tuolumne County Jail, Tuolumne County DA, Tuolumne County, and Tuolumne County Superior Court, alleging violations of various Federal Constitutional provisions and criminal statutes.

     Plaintiff has not paid the $405 filing fee but has filed two motions to proceed *in forma pauperis* (IFP). (ECF Nos. 2, 9). As part of the latter IFP application, the standard form contains a certification as to Plaintiff's trust account balance (purportedly completed by a Jail official), stating that Plaintiff has no funds in Plaintiff's account, has had an average monthly balance of $0 over the past six months, and has received and average of $0 in monthly deposits over the last six months.

     No trust account statement is attached to verify this information. Additionally, the signature of the authorized officer is not clear.

\\\

1

Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court shall mail Plaintiff's latest IFP application (ECF No. 9), along with this order, to the Tuolumne County Jail at 12915 Justice Center Drive, Sonora, CA 95370.
2. By no later than July 7, 2025, it is requested than an official of the Tuolumne County Jail review the certification in Plaintiff's latest IFP application (ECF No. 9, p. 2) and file a response with the Court as to whether the information is accurate and the certifying signature is authentic.
3. Additionally, the Tuolumne County Jail is requested to provide a copy, along with its response, of Plaintiff's trust account statement showing transactions for the past six months.

IT IS SO ORDERED.

Dated: **June 5, 2025**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE