UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALLEE PHALEN,<br><br>    Plaintiff,<br><br>v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>    Defendants. | No. 1:25-cv-00521-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>Doc. 13 |

Plaintiff Hallee Phalen is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2025, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff failed to state a cognizable claim. Doc. 12. The screening order provided plaintiff with the option to either file an amended complaint or to file a notice indicating plaintiff opted to stand on the complaint. *Id*. On September 22, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's case be dismissed, without prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 13. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within thirty (30) days of service. *Id*. at 7. The findings and recommendations were returned as undeliverable on October 9, 2025. Nevertheless, the

1

Court's service is deemed fully effective pursuant to Local Rule 182(f).[1]  Plaintiff has not filed objections, and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  After carefully reviewing the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 22, 2025, Doc. 13, are adopted in full;
2. This action is dismissed without prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 28, 2025

UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 183(b) requires that a party appearing pro se keep the Court apprised of their current address.  The deadline for plaintiff to notify the Court of their current address under Local Rule 183(b) has expired, and plaintiff has not updated their address.

2